LAW OFFICES
# DONALD WATNICK
CHANIN BUILDING
122 EAST 42ND STREET
SUITE 606
NEW YORK, NEW YORK 10168

TELEPHONE (212) 213-6886
TELEFAX (646) 588-1932
DWATNICK@WATNICKLAW.COM



BY HAND DELIVERY

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

June 17, 2011

Re: Wells Fargo Bank, N.A. v. Citigroup Global Markets, Inc.
Case No. 11 CV 2338 (RMB)

**MEMO ENDORSED**

pg.2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/11

Dear Judge Berman:

This office is counsel for plaintiff Wells Fargo Bank, National Association in the above-entitled action (the "Action"). We submit this letter to request that, in accordance with the attached stipulation signed by counsel for both parties, the time for defendant Citigroup Global Markets Inc. to respond to the Complaint be adjourned from May 27, 2011 to and including June 30, 2011. The reason for this request is that the parties are discussing terms to resolve the Action. This is the third request for an adjournment of defendant's time in which to respond to the Complaint. The Court granted the prior requests for such an adjournment on May 5, 2011 (Docket Entry No. 4) and May 26, 2011 (Docket Entry No. 6). The original date for defendant to respond to the Complaint was April 28, 2011.

Please contact the undersigned if there are any questions about the foregoing.

Respectfully submitted,

*/s/ Donald E. Watnick/*

Donald E. Watnick

Enclosure
cc: Mary Jane Lee, Esq. (Via Electronic Mail w/Enclosure)

So Ordered: **FINAL EXTENSION.**

*/s/ Richard M. Berman/* 6/21/11

U.S.D.J.