# EXHIBIT A

Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
122 East 42nd Street, Suite 606
New York, New York 10168
(212) 213-6886
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

        Plaintiff,

- against -

CITIGROUP GLOBAL MARKETS, INC.

        Defendant.
---------------------------------------------------------------- X

Case No. 11 CV 2338 (RMB)

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), plaintiff Wells Fargo Bank, National Association, by its undersigned counsel, hereby gives notice of voluntary dismissal with prejudice of the Complaint in the above-entitled action.

Dated: New York, New York
    Aug 15, 2011

LAW OFFICES OF DONALD WATNICK

By: _____
Donald E. Watnick (DW 6019)
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*
CHANIN BUILDING
122 East 42nd Street, Suite 606
New York, New York 10168
(212) 213-6886